[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-1708

 JOHN BRESNAHAN,

 Petitioner, Appellant,

 v.

 COMMISSIONER OF INTERNAL REVENUE,

 Respondent, Appellee.

 

 ON APPEAL FROM THE DECISION OF THE
 UNITED STATES TAX COURT

 

 Before

 Selya, Circuit Judge, 
 Cyr, Senior Circuit Judge, 
 and Boudin, Circuit Judge. 

 

John Bresnahan on brief pro se. 
Loretta C. Argrett, Assistant Attorney General, Teresa E. 
McLaughlin and Thomas J. Sawyer, Attorneys, Tax Division, Department 
of Justice, on brief for appellee.

 

 FEBRUARY 20, 1998
 

 Per Curiam. We have carefully considered the record in 

this case, including the briefs of the parties and the

decision of the court below. We affirm essentially for the

reasons given by the tax court in its memorandum opinion,

dated November 5, 1996. 

 The two letters attached to petitioner's appellate

brief, but not introduced into evidence before the tax court,

are insufficient to sustain this appeal since we place no

reliance on evidence not introduced below. See John Hancock 

Mut. Life Ins. Co. v. United States, 155 F.2d 977, 978 n.1 

(1st Cir. 1946) (refusing to consider evidence on appeal

which had not first been introduced in the court below). 

 Affirmed. 

 -2-